

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V.**, A.M.A.F. and I.I.F., Children

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy Morris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed because the appellant is indigent.

SIGNED May 13, 2015.

_____
Luz Elena D. Chapa, Justice